FILED
CLERK, U.S. DISTRICT COURT
11/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>JESUS MANUEL COLLAZO,<br>　aka "shadygee951,"<br><br>　　　　Defendant. | ED CR No. 5:23-cr-00242-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about August 23, 2022, in Riverside County, within the Central District of California, defendant JESUS MANUEL COLLAZO, also known as "shadygee951," knowingly possessed the following ammunition, in and affecting interstate and foreign commerce:

1.   Two rounds of Sig 9mm caliber ammunition;

2.   One round of Federal 9mm caliber ammunition; and

3.   One round of Blazer 9mm caliber ammunition.

Defendant COLLAZO possessed such ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of Heroin with

Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), in the United States District Court for the Southern District of Ohio, case number 3:15-CR-168-TMR, on or about June 6, 2016.

A TRUE BILL

　　　　/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Chief, Riverside Branch Office